FILE COPY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/28/2015 3:39:40 PM
PAM ESTES
Clerk



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

September 25, 2015

Ms. Carolyn Rains
District Clerk
Houston County
P. O. Box 1186
Crockett, TX 75835
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:  12-15-00013-CR
Trial Court Case Number:  14CR-164

**Style:**  Zeante Washington
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk

C Ms. Donna Gordon Kaspar (DELIVERED VIA E-MAIL)
C Mr. Mark W. Cargill (DELIVERED VIA E-MAIL)
:

Mandate executed on _28th_ day of _September_, 2015.

Brief explanation of action taken: _Duly recognized, obeyed and executed_

_Sara George, Chief Deputy Clerk_ District/County Clerk

**1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193**
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us